D. Stan Barnhill, Esq. (VSBN 22978)
Woods Rogers PLC
10 South Jefferson Street, Suite 1400
Roanoke, VA 24011
(540) 983-7667
barnhill@woodsrogers.com
*(Admitted Pro Hac Vice)*

Matthew C. Addison, Esq. (NSBN 4201)
Chelsea Latino, Esq. (NSBN 14227)
McDONALD CARANO LLP
100 West Liberty Street, 10th Floor
Reno, NV 89501
(775) 788-2000
maddison@mcdonaldcarano.com
clatino@mcdonaldcarano.com

*Attorneys for Plaintiff Canyon Flats III, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| CANYON FLATS III, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SPIRE CONSTRUCTION, LLC,<br><br>　　　　Defendant. | CASE NO.:  3:20-cv-00602-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO REMAND  REMOVED ACTION TO STATE COURT** |

　　　　Pursuant to LR IA 6-2 and LR 7-1, Plaintiff Canyon Flats III, LLC ("Canyon Flats") and Defendant Spire Construction, LLC ("Spire") (collectively, "Parties"), by and through their undersigned counsel, stipulate as follows:

　　　　1.　　On October 20, 2020, Canyon Flats commenced this action in the Second Judicial District Court of Nevada, Case No. CV20-01679. *See* ECF No. 1-1.

　　　　2.　　Spire filed its Notice of Removal on October 26, 2020.  ECF No. 1.

　　　　3.　　Canyon Flats filed a Motion to Remand on November 24, 2020, ECF No. 15, and Spire filed its Response to Canyon Flats' Motion to Remand on November 25, 2020, ECF No. 17.  In its Response, Spire objects to Canyon Flats' request for fees and costs, but does not

1  oppose remand. Canyon Flats' reply is currently due to be filed by December 2, 2020.

2      4.    The Parties agree that this action should be remanded as set forth in the briefing, and Canyon Flats agrees to and hereby does withdraw its request for fees and costs as set forth in the Motion to Remand.

    5.    Accordingly, and in the interest of preserving resources and judicial economy, the Parties stipulate and respectfully request that the action be remanded to state court where it originated, with each party bearing its own attorneys' fees and costs incurred as a result of the removal, which renders the Motion to Remand (ECF No. 15) MOOT.

DATED: November 30, 2020.

| WOODS ROGERS PLC | HOY CHRISSINGER KIMMEL VALLAS |
|---|---|
| */s/ Chelsea Latino* <br> D. Stan Barnhill, Esq. (VSBN 22978) <br> 10 South Jefferson Street, Suite 1400 <br> Roanoke, VA 24011 <br> (540) 983-7667 <br> barnhill@woodsrogers.com <br> (*Admitted Pro Hac Vice*) | */s/ Theodore E. Chrissinger* <br> Theodore E. Chrissinger (NSBN 9528) <br> 50 West Liberty Street, Suite 840 <br> Reno, NV 89501 <br> (775) 786-8000 <br> tchrissinger@nevadalaw.com |
| Matthew C. Addison, Esq. (NSBN 4201) <br> Chelsea Latino, Esq. (NSBN 14227) <br> McDonald Carano LLP <br> 100 West Liberty Street, 10th Floor <br> Reno, NV 89501 <br> (775) 788-2000 <br> maddison@mcdonaldcarano.com <br> clatino@mcdonaldcarano.com | Neale T. Johnson (NCBN 25590) <br> Fox Rothschild LLP <br> 230 North Elm Street, Suite 1200 <br> Greensboro, NC 27401 <br> (336) 378-5319 <br> ntjohnson@foxrothschild.com <br> (*Admitted Pro Hac Vice*) |
| *Attorneys for Plaintiff Canyon Flats III, LLC* | *Attorneys for Defendant Spire Construction, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 3, 2020